# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ANDREW FRANZONE (J)# Cell Block     CASE NO: 21-6257-VALLE

AUSA: Ajay Alexander -Zoom  Jennifer Keene to fill in     ATTY: AFPD Juan Michelin ~~or Duty Tim Day~~ Zoom
applicable-appeals colloquy)

AGENT: _____     VIOL: _____

PROCEEDING: REMOVAL/PTD HEARING     RECOMMENDED BOND: _____

BOND HEARING HELD - yes /(no)     COUNSEL APPOINTED: _____

BOND SET @: _____     To be cosigned by: _____

Rule 77.1 advised ✓

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

D agrees to hearing by video conf.

Reset requested. Parties believe they will work out

D bond by Wednesday. Removal hrg doubtful.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 4-28-21 | 11:00AM | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-28-21 | 11:00AM | Snow | |

CHECK IF APPLICABLE ____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq.. (7)

DATE: 4-26-21     TIME: 11:00am     DAR/ZOOM: 11:37:55     PAGE:

5 mi